IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                          CASE NO. 4:06CR00172 JMM

STEVEN ANAYO ONWUMERE

**SECOND AMENDED JUDGMENT**

Pending before the Court is defendant's unopposed Motion for Early Termination of Probation. For good cause shown and pursuant to 18 U.S.C. § 3583(e)(1), the motion is granted (#61). The October 9, 2008 Amended Judgment and the July 30, 2007 Judgment in this case are amended to reflect that the defendant Steven Anayo Onwumere's supervised release is terminated as of the date of this Second Amended Judgment.

The Clerk of the Court is directed to provide the United States Marshal and the United States Probation Office with a copy of this Amended Judgment. The Clerk is directed to mail a copy of this Amended Judgment to the defendant.

IT IS SO ORDERED THIS   16   day of   January  , 2009.

_____
James M. Moody
United States District Judge